Francisco **PONCE DE LEON,**
Petitioner—Appellant,

v.

**Janet NAPOLITANO, Secretary of the Department of Homeland Security; et al., Respondents—Appellees.**

**No. 09–56345.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 6, 2010.

Filed April 11, 2011.

James Fife, Janet Tung, Federal Defenders of San Diego, Inc., San Diego, CA, for Petitioner–Appellant.

Samuel William Bettwy, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Respondents–Appellees.

Before: PREGERSON, CLIFTON, and BEA, Circuit Judges.

---

\* This disposition is not appropriate for publication and is not precedent except as provided

MEMORANDUM \*

Petitioner–Appellant, Francisco Ponce de Leon appeals the district court's order dismissing his 28 U.S.C. § 2241 habeas petition as moot. We affirm.

"For a habeas petition to continue to present a live controversy after the petitioner's release ... there must be some remaining collateral consequence that may be redressed by success on the petition." *Abdala v. I.N.S.,* 488 F.3d 1061, 1064 (9th Cir.2007) (internal quotation marks omitted). Ponce de Leon was released from custody on January 6, 2009, and removal proceedings against him were terminated the next day. On February 11, 2010, Ponce de Leon was issued a certificate of citizenship. Because there is no reason to expect that immigration authorities will disregard his citizenship certificate and detain him again, no collateral consequence of his previous detention remains, and there is therefore no relief left to grant on his petition.

**AFFIRMED.**